UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>JOSEPH CARTER, Chief )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, et al. )<br>)<br>*Defendants* ) | Civil Action No.<br>_____<br><br>13 September 2005<br><br>05-11851 RCL |

APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff – Richard Max Strahan – makes an application for a temporary restarining order against the Defendant to enjoin them from arresting him for trespass in South Station as a retaliation for his engaging in peaceful petitioning for signatures, leafletting, and accepting donations ("Public Outreach"). South Station is a Public building open to the Public during the buildlings regular business hours. Strahan has routinely conducted Public Outreach in South Station since 1995. Occasionally a disgruntled MBTA police employee threatns Strahan with arrest for trespass out of a complete disregard of the leagl relaities. He has been arrested there four times for trepass becuase of attacks by disgruntled a few MBTA police. In each case he was eventually found not guilty of the charges in the Boston Municipla Court. Becuase of his success in vindication in criminal courts, most MBTA police employees leave Strahan alone when he does Public Outreach in South Station.

In 2002, Strahan brought suit in the U. S. District Court against the MBTA police for threats of arrest him for trespass in retaliation for doing Public Outreach. See *Strahan v. Smith*, 02 – 10017 – WGY. In that suit the Defendants agreed to settle and entered into a binding

settlement agreement that gave Strahan a contratcual right to engage in Public Outreach in South Satation *in perpetuity.*

On 12 September 2005 – after Strahan did Public Outreach for months without incident – a disgruntled MBTA police employee simply chose on its own to violate the settlement agreement and threatned Strahan with arrest in retaliation for his engaging in Public Outreach in South Station and solicited another buddy to assist him.. This was Defendant Fula and Defendant Cadet. While these two Defendants do not threaten Strahan for trespass if he simply stands in South Station they have threatned to arrest Strahan for trespass in the future if Strahan is seen doing Public Outreach.

Strahan is currently suffering irreparable harm to his First and Fourth Amendment protected rights. Strahan has also a contartcual right to be conducting Public Outreach in South Station. The Court annot allow two rogue MBTA cops to violate the law and rights that absolutely exist as contract between Strahan and the management of the MBTA and Equity Office Properties, the actual managemnt company for South Station.

Considering Strahan has spent the last several months doing Public Outreach in South Station under the terms of the Settlement Agreement, the Defendants cannot be possibly seen as expected to in any way suffer from the Court ordering Strahan to be allowed to do Public Outreach in South Station.

For the above reasons, Strahan asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan

*Pro Se and Proud!*