UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH CARTER, Chief, Massachusetts Bay | ) |
| Transportation Authority Police Department; | ) Civil Action No. 05-11851-RCL |
| ARTHUR FULA, BADGE #582; | ) |
| "SERGEANT" CADET, BADGE #76; | ) |
| JEFFREY JACKMAN; | ) |
| JAMES SHEEHAN; and | ) |
| EQUITY OFFICE PROPERTIES | ) |
| MANAGEMENT CORP., | ) |
| | ) |
| Defendants. | ) |

ORDER ON
APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES and
APPLICATION FOR A TEMPORARY RESTRAINING ORDER

LINDSAY, District Judge.

Now before the court is the plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915. The application to proceed without prepayment of fees is GRANTED. The clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

Also before the court is the plaintiff's application for a temporary restraining order. The court DENIES that application. A party seeking an *ex parte* temporary restraining order must allege, *inter alia*, that his injury or loss is "immediate and irreparable" and will occur before the adverse parties or their attorneys can be heard in opposition to the application. Fed. R. Civ. P. 65(b). Further, the party must certify to the court in writing the efforts, if any, which have been made to give the defendants notice and the reasons supporting the claim that notice should not be

required. *Id.* In this case, the plaintiff has neither certified his efforts to give notice to the named defendants in this action, nor has he alleged that any "immediate and irreparable" harm will occur before the defendants or their attorneys can be heard in opposition to the application. These failures to comply with Rule 65(b) provide sufficient grounds for denial of Strahan's application for a temporary restraining order.

    SO ORDERED.

| | |
|---|---|
|  9/15/2005 | /s/ Reginald C. Lindsay |
| DATE | UNITED STATES DISTRICT JUDGE |