UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| v. | ) |
| | )  05 – 11851 - RCL |
| JOSEPH CARTER, *et al.* | ) |
| | ) 28 September 2005 |
| *Defendants* | ) |

PUBLIC-CITIZEN STRAHAN'S MOTION FOR LEAVE TO
MAKE ELECTRONIC FILINGS WITH THE COURT

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court for leave to make electronic filings with the Court in the instant action. Strahan is indigent and cannot afford the costs of printing and copying out voluminous reports and other documents that he needs to fil with the Court. He has access to a computer and the internet and can readily file all needed documents with the Court in the PDF computer format required in its electronic filing system

Strahan has arranged with the Court's clerk-magistrate's office to participate in its electronic filing system training session that is scheduled to be held on 13 October 2005.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*