UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 27 P 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD MAX STRAHAN    )
                       )
        *Plaintiff*    )      Civil Action No.
                       )
v.                     )      05 – 11851 -- RCL
                       )
JOSEPH CARTER, Chief   )
MASSACHUSETTS BAY      )      26 October 2005
TRANSPORTATION AUTHORITY, et al. )
                       )
        *Defendants*   )

---

MOTION FOR A PROTECTION ORDER TO PRESERVE EVIDENCE IN THE
POSSESSION OF THE DEFENDANTS OR THEIR AGENTS

---

Plaintiff – Richard Max Strahan – moves the Court to issue a protection order against the Defendants and direct them to preserve all vidoe tape recordings, incident reports, documents naming wittnesses, security reprotes of any kind, and all other possible discoverable documentation in their possession concerning an event at Sout Station on 24 October 2005.

On the said date about 11 pm, Strahan was viciously attacked by an agent of the Defendants and forced to flea South Station. On that date Strahan was peacefully petitioning members of the Public, distributing leaflets, and accepting donationd from the Public in support of his campaigns to protect endangered wildlife. Strahan was doing nothing wrong. Despite this, an agent of the Defendants approached and attacked Strahan. He physically threatned Strahan. Repeatedly threatned him in a loud voice and repeatedly acceused Strahan of being a "fraud" and a "crack addict.' He screamed that he was stopping Strahan from "fleecing" people anymore. He physically blocked Strahan from doing anymore Public Outreach. He also began taking pictures of Strahan and threatned to publish them on a web site in order to stop people from further supporting Strahan's campaign to protect endangered wildlife. As a result of this attack, by the agent of the Defendants, Strahan was forced to flea South Station that night out of concern for his personal safety and to stop further injury from his being slandered to the Public by the said agent of the Defendants.

The entire attack was recorded through several security vidoe cameras permanently installed on the premises which is operated by several of the Defendants and their agents. In addition Strahan called the MBTA police through 911. This phone call was also recorded by the Defendants and their agents. Strahan is convinced upon information and belief that numerous written incident reprorts were generated by aganets of the Defendants detaliing the events and witnesses of the said attack on Strahan by an agent of the Defendants.

Becuase these said recordings and reports can not help be percieved as damaging to the Defendants in their defense of Strahan's claims against them, they are likely to destroy these documents in the immediate future to prevent them from being produced to Strahan pursuant to discovery and then entered into the record as evidence during trial. For these reasons of common sense, Strahan is asking the Court to order the Defendants to preserve the said doscuments until Strahan is afforded the opportunity to inspect them pursuant to discovery. If the Court fails to act on this motion, Strahan is convinced that the all documentation of the attack of their agent on them on the night of 24 October 2005 will soon be destroyed by them in order to "cover their tracks." For the same reasons,

Strahan is asking the Court to immediately review his compalint and issue him the summons to serve on the Defendants. Strahan sees no need for the current delaying in the Court doing so. The more time that passes with the Court refusing to do so is providing the Defendant an unlawful opportunity to destroy all evidence in its possession supporting Strahan's calims against him and subjecting Strahan to further unlawful attacks by the Defendants. Justice demands instant action by the Court!

For the above reasons, Strahan I am asking the Court to grant my requested relief.

BY:
_____
Richard Max Strahan
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*