UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 27  P 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD MAX STRAHAN           )
                              )
            *Plaintiff*       )           Civil Action No.
                              )
v.                            )           05 – 11851 -- RCL
                              )
JOSEPH CARTER, Chief          )
MASSACHUSETTS BAY             )           26 October 2005
TRANSPORTATION AUTHORITY, et al. )
                              )
            *Defendants*      )

---

### MOTION FOR THE COURT TO SCHEDULE A HEARING FOR ORAL ARGUMENT ON OUTSTANDING MOTIONS AND ISSUES

---

Plaintiff – Richard Max Strahan – moves the Court to hold a hearing on all pending issues now before the Court concerning the instant action. Obviously the Court is not going to make any immediate decison on anything. It also is apparently having great difficulty figuring out whats going on. It will serve the interests of Justice for the Court to hold a hearing – maybe even invitiung the Defendants – in order to hear oral agrgument on the several open matters before the Court in order for it to make required decisons that serve Justice and the Public Interest.

For the above reasons, Strahan I am asking the Court to grant my requested relief.

BY:

Richard Max Strahan
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*