UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | 2005 NOV 29  P 4: 21 |
| ) | |
| *Plaintiff* ) | Civil Action No. |
| ) | DISTRICT OF MASS. |
| v. ) | 05 – 11851 -- RCL |
| ) | |
| JOSEPH CARTER, Chief ) | |
| MASSACHUSETTS BAY ) | 29 November 2005 |
| TRANSPORTATION AUTHORITY, *et al.* ) | |
| ) | |
| *Defendants* ) | |

### PLAINTIFF'S MOTION FOR THE COURT TO IMMEDIATELY ISSUE AN ORDER FOR THE U. S. MARSHALS TO SERVE PROCESS ON THE DEFENDANTS

Plaintiff – Richard Max Strahan – moves the Court to issue an order – pursuant to 28 U. S. C. 1915 -- for the U. S. Marshals to serve process in the instant action on the Defendants. On 27 October 2005, Strahan first moved the Court for this same relief. On 16 November 2005 the Court issued an order for the clerk's office to issue summons to be served on the Defendeants, but at that time it did not issue any order for the service of process by the U. S. Marshals. As a result, Strahan has been unable to serve the summons and a copy of the pleadings on the Defendants. Strahan has called the Court's clerk on three occasions asking that it issue the said order to him so that he could effect service of process on the Defendants. As of this date, no said order has been issued by the Court. Strahan is once again asking the Court to immediatrely issue an order for the U. S. Marshals to serve process on the Defendants in the instant action.

Strahan is subject to daily abuse, threats and interference of his protected rights by the Defendants in retaliation for his peacefully engaging in petitioning, leafletting, and acceptance of donations ("Public Outreach") in the main concourse area of South Station in Boston MA. Strahan needs to immediately serve process on the Defendants so that he may seek a protective order by the Court. On 18 November 2005 Strahan was attacked and assualted for two hours by an agent of the Defendants while he was doing Public Outreach in South Station. This person not only assaulted him with threats of imminent harm but did so deliberately to stop Strahan from doing Public Outreach in South Station. For over two hours Strahan was stopped from doing his intended Public Outreach in South Station becuase of the attack on him by this crazed person. Strahan has a constitutional right to seek protection from the Court and the Court is violating it's mandatory duties under the law by apparently putting up needless barriers to stop Strahan from seeking from the Court his requested relief.

On 27 October 2005, Strahan filed a motion with the Court for it to order the Defendants to preserve records in their possession in order that they would be available for production to

2

Strahan pursuant to future discovey requests to them. The Court has refused to act on this motion to the present day. Strahan is being denied by the Court his constitutional right to petition the Court as a result of Strahan not being able to effect service becuase of the Court's refusal to issue the said order and the Court's refusal to protect evidence in the possession of the Defendants.

For the above reasons, Strahan I am asking the Court to grant my requested relief.

BY: _____
Richard Max Strahan
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*