UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN | 2005 DEC -7 P 4: 36 |
| *Plaintiff* | Civil Action No. |
| v. | 05-11851 -- RCL |
| JOSEPH CARTER, Chief<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY, *et al.* | 7 December 2005 |
| *Defendants* | |

### MOTION FOR A PROTECTION ORDER TO PRESERVE EVIDENCE IN THE POSSESSION OF THE DEFENDANTS OR THEIR AGENTS

Plaintiff – Richard Max Strahan – moves the Court to issue a protection order against the Defendants and to direct them to preserve all video tape recordings, incident reports, documents naming wittnesses, security reports of any kind, and all other possible discoverable documentation in their possession concerning events at South Station occurring on 17-18 November 2005.

On the said dates after 6 pm and going on to 11 pm, Strahan was viciously attacked by an agent of the Defendants who repeatedly threatened him with physical violence, physically stopped him from engaging in communication with every member of the Public to which I attempted to speak, and routinely told people going by Strahan that he was "a registered sex offender" and a "crook." On 17 November 2005 Strahan was forced to flee South Station. Events on both said dates were fully recorded by security video cameras installed less than forty feet from the location of said attacks.

On both dates Strahan was peacefully petitioning members of the Public, distributing leaflets, and accepting donations from the Public in support of his campaigns to protect endangered wildlife. Strahan was doing nothing wrong. Despite this, an agent of the Defendants approached and attacked Strahan. He physically threatened Strahan. He repeatedly threatened me in a loud voice and repeatedly accussed me of being a "fraud" and a "crack addict.' He screamed that he was stopping me from "fleecing" people anymore. He physically blocked me from doing anymore Public Outreach. He also took pictures of me and threatned to publish them on a web site in order to stop people from further supporting my campaign to protect endangered wildlife. He also repeatedly told members of the Public passing by me that I was a "registered sex offender." As a result of this attack, by the agent of the Defendants, Strahan was forced to flea South Station the night of 17 November 2005 out of concern for his personal safety and to stop further injury from his being slandered to the Public by the said agent of the Defendants.

The atacks on both days by the Defendants' agent was recorded through several security video cameras permanently installed on the premises and are operated by several of the Defendants and

their agents. In addition I called the MBTA police on both days through 911. This phone call was also recorded by the Defendants and their agents. Strahan is convinced upon information and belief that numerous written incident reprorts were generated by agegnts of the Defendants detaliing the events and witnesses of the said attack on Strahan by an agent of the Defendants.

On 17 November two MBTA cops came to my location in response to my 911 calls. My assailant had fled by then. I gave a detailed description of my assailant but they refused to look for him or ask the security guards employed by Allied Secuity who witnessed the attack if they knew the assailant, which they do. On 18 November 2005, my assailant had no fear of the MBTA police and stuck around to greet them when they came. The MBTA police shook my asiailant's hand and otherwise greeted him. They obvioulsy knew him. They joked with him and just left the area. When they went by me, they told me that they were not going to do any report and refused my request to get the name and address of my assailant. They also threatned me with a law suit and attempted to get my SSN in order to do a warrant search on me. I was attacked by my assailant for over two and one-half hours on 18 November 2005. I called MBTA police 911 five times. The dispatcher told me that he was watching the attacks on me on security camera. He also insulted me and told me that since the MBTA couldn't interfere with "your attacking people, we sure aren't going to stop people from attacking you."

Becuase these said recordings and reports can not help but be percieved as damaging to the Defendants in their defense of Strahan's claims against them, they are likely to destroy these documents in the immediate future to prevent them from being produced to Strahan pursuant to discovery and then entered into the record as evidence during trial. For these reasons of common sense, Strahan is asking the Court to order the Defendants to preserve the said doscuments until Strahan is afforded the opportunity to inspect them pursuant to discovery. If the Court fails to act on this motion, Strahan is convinced that the all documentation of the attack on him by their agent on the nights of 17-18 November 2005 will soon be destroyed by them in order to "cover their tracks."

The Court has stopped the instant action from going forward by ordering that no process be served on the Defendants. The more time that passes with the Court refusing to allow Strahan to do anything to prosecute his claims provides the Defendants with all the time that they need to destroy all evidence in its possession supporting Strahan's claims against him and subjecting Strahan to further unlawful attacks by their agents in retaliation for Strahan engaging in First Amendment protected activities in South Station and to deliberately stop me from petitioning there and otherwise form engaging in Public Outreach. Justice demands instant action by the Court!

For the above reasons, Strahan I am asking the Court to grant my requested relief.

BY:

_____
Richard Max Strahan
617.233.3854

*Pro Se and Proud!*