UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, )<br>)<br>       Plaintiff, )<br>)<br>       v. )<br>)<br>JOSEPH CARTER, et al., )<br>)<br>       Defendants. )<br>)<br>) | C.A. No. 05-11851-RCL |

**MEMORANDUM AND ORDER**

On September 13, 2005, *pro se* plaintiff Richard Max Strahan ("plaintiff") filed a civil action, an application to proceed without prepayment of fees and a motion for a temporary restraining order. See Docket Entries 1-3. In summary, plaintiff alleges that Massachusetts Bay Transportation Authority ("MBTA") police officers and other defendants are wrongfully preventing him from peacefully petitioning for his organization, Green World, in the public areas of South Station, a train station located in Boston, Massachusetts. See Complaint, generally.

On September 15, the court denied plaintiff's application for a temporary restraining order and granted plaintiff's application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915(a)(1)(governing proceedings *in forma pauperis*). See Docket Entry 4. The court also ordered that summonses would not issue in this case until the completion of screening on the

merits pursuant to 28 U.S.C. § 1915(e)(2).  This statute authorizes the court to review and dismiss an *in forma pauperis* action for any of the reasons set forth therein, including, but not limited to, actions that are frivolous or fail to state a claim upon which relief may be granted.

Having completed a screening of this action on the merits pursuant to 28 U.S.C. § 1915(e)(2), it is hereby ORDERED that the Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.  Plaintiff's motions for issuance of summonses (Docket Entries 9, 10 and 13) are hereby DENIED as moot.

SO ORDERED.

Dated at Boston, Massachusetts, this 2nd day of February, 2006.

                                  s/ Reginald C. Lindsay
                                  UNITED STATES DISTRICT JUDGE