**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**RICHARD MAX STRAHAN**
        **Plaintiff**

V.

**CIVIL ACTION**

**NO.05-11851-RCL**

**JOSEPH CARTER, ET AL**
        **Defendant**

## ORDER OF DISMISSAL

**LINDSAY**, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on November 6, 2006, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

    By the Court,

    /s/ Lisa M. Hourihan

    Deputy Clerk

January 3, 2007